JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **PUPPY IP, LLC,** <br><br> **Plaintiff,** <br><br> v. <br><br> **LAURIE ASHBOURNE and PUPPY MOVIE LLC,** <br><br> **Defendants** | **Case No.  2:26−cv−01888−RGK (SKx)** <br><br> ~~[PROPOSED]~~ **ORDER DISMISSING ACTION WITH PREJUDICE** <br><br> [25] |

The Court, having considered the Stipulation for Dismissal With Prejudice as to Defendant Laurie Ashbourne; and Notice of Dismissal With Prejudice as to Defendant Puppy Movie LLC, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

All claims against Defendant Laurie Ashbourne are dismissed with prejudice;

All claims against Defendant Puppy Movie LLC are dismissed with prejudice;

This action is dismissed with prejudice in its entirety;

Each party shall bear its own attorneys' fees and costs, except as otherwise provided in any separate written settlement agreement of the parties; and

The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: 4/30/2026

*Gary Klausner*

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE